**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Miguel Maldonado
                               Plaintiff,

v.                                                     Case No.: 1:08–cv–01954
                                                        Honorable Marvin E. Aspen

Chicago Police Officers, et al.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 14, 2008:

      MINUTE entry before Judge Honorable Marvin E. Aspen dated 5/14/08:Defendant City of Chicago's Motion for extension of time to answer [8] or otherwise plead to plaintiff's complaint, until 6/9/08, is granted. Motion terminated. The motion hearing set for 5/15/08 is stricken. The status hearing set for 6/19/08 at 10:30 a.m. to stand.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.