UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MIGUEL MALDONADO, | ) | |
| | ) | No. 08 C 1954 |
| Plaintiff, | ) | |
| | ) | Judge Aspen |
| v. | ) | |
| | ) | Magistrate Judge Nolan |
| UNKNOWN AND UNNAMED POLICE OFFICERS, et. al., | ) | |
| | ) | |
| | ) | Jury Demand |
| Defendants. | ) | |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

TO:   Leslie C. McCoy
      ED FOX & ASSOCIATES
      300 W. Adams, Suite 330
      Chicago, Illinois  60606

   **PLEASE TAKE NOTICE** that on this 9th day of June 2008, I have caused to be e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S COMPLAINT**, a copy of which is herewith served upon you.

   **I HEREBY CERTIFY** that I have served this notice and the attached document by causing it to be delivered by electronic means in compliance with Local Rule 5.9 to the person named above at the address shown this 9th day of June 2008.

                                    Respectfully submitted,

                                    MARA S. GEORGES
                                    Corporation Counsel
                                    for the City of Chicago

                         By:    *s/ Kathleen D. Manion*
                                    KATHLEEN D. MANION
                                    Assistant Corporation Counsel

30 North LaSalle Street
Suite 1020
Chicago, Illinois 60602
(312) 742-9866
Attorney No.  06286785