IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MIGUEL MALDONADO, | ) | |
| | ) | 08 C 1954 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Judge Aspen |
| | ) | |
| CITY OF CHICAGO, et al., | ) | |
| | ) | Magistrate Judge Nolan |
| Defendants. | ) | |

**TO**: Leslie McCoy
Ed Fox and Associates
300 West Adams Street, Suite 330
Chicago, Illinois 60606

**PLEASE TAKE NOTICE** that on July 30, 2008, I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, this **AGREED INITIAL DISCOVERY PLAN,** a copy of which is attached hereto.

I hereby certify that I have served this notice and the attached document by electronic means to the person named above this 30th day of July, 2008.

By: **/s/ *Megan K. McGrath***
Megan K. McGrath
Assistant Corporation Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-8369
megan.mcgrath@cityofchicago.org