**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Miguel Maldonado
          Plaintiff,

v.                   Case No.: 1:08–cv–01954
                   Honorable Marvin E. Aspen

Chicago Police Officers, et al.
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 31, 2008:

  MINUTE entry before the Honorable Marvin E. Aspen:Status hearing held on 7/31/2008, and continued to 9/18/2008 at 10:30 AM. Plaintiffs oral motion for leave to file amended complaint within 14 days is granted. Defendants are given fourteen days thereafter to respond to the amended complaint. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.