IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MIGUEL MALDONADO, | ) | |
| | ) | No. 08 C 1954 |
| Plaintiff, | ) | |
| | ) | Judge Aspen |
| v. | ) | |
| | ) | Magistrate Judge Nolan |
| P.O. LENNY PIERRI et. al, | ) | |
| | ) | Jury Demand |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO: See Certificate of Service**

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the following **DEFENDANT CITY OF CHICAGO'S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S FIRST AMENDED COMPLAINT.**

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Aspen, or before such other judge sitting in her place, on the 26th day of August, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

**DATED: AUGUST 19, 2008**

                          Respectfully submitted,

                          MARA S. GEORGES
                          Corporation Counsel
                          City of Chicago

BY:   /s/ Kathleen D. Manion
        KATHLEEN D. MANION
        Assistant Corporation Counsel

City of Chicago, Department of Law
30 North LaSalle Street
Suite 1020
Chicago, Illinois  60602
(312) 742-9866
Atty. No. 6286785