**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Miguel Maldonado
                        Plaintiff,

v.                                              Case No.: 1:08−cv−01954
                                                Honorable Marvin E. Aspen

City of Chicago, The, et al.
                        Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, August 20, 2008:


    MINUTE entry before the Honorable Marvin E. Aspen dated 8/20/08:Defendant City of Chicago's agreed Motion for extension of time until 14 days after the defendant Officers have appeared to answer [19] or otherwise plead to plaintiff's first amended complaint, is granted. Motion terminated. The status hearing presently set for 9/18/08 at 10:30 a.m. remains in effect. The motion hearing set for 8/26/08 is stricken.Judicial staff mailed notice(gl, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.